IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SPATIUM INNOVATIONS LLC, )
)
    Plaintiff, )
)
v. ) 1:14cv00217 (LMB/JFA)
)
ADOBE SYSTEMS INCORPORATED, )
)
    Defendant. )

ORDER

Having determined that claims 12 through 16 of United States Patent No. 5,717,879 (the "'879 patent") are indefinite and therefore invalid, see Spatium Innovations LLC v. Blackboard Inc., Civil Action No. 1:14cv00218 (LMB/JFA), it is hereby

ORDERED that Count I of plaintiff's Complaint alleging infringement of the '879 patent be and is DISMISSED WITH PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 13 day of June, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge